UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-42-D

UNITED STATES OF AMERICA

v.                                                ORDER

DEMOND TERRELL HARRISON

The Joint Motion for Sentencing Hearing at time of Arraignment is hereby allowed.

This case is hereby set for __May 19, 2016__ for Arraignment and Sentencing.

SO ORDERED.

This __10__ day of May, 2016.

JAMES C. DEVER, III
Chief United States District Court Judge